JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA BLOCK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>QUEST DIAGNOSTICS, INC.; a Delaware corporation; QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., a Delaware corporation; and DOES 1-10- inclusive,<br><br>Defendants. | Case No. 2:24-cv-00059 MRA (MARx)<br><br>Hon. Mónica Ramírez Almadani<br>Courtroom 9B<br><br>**JUDGMENT** |

**WHEREAS** on December 2, 2024, Defendants Quest Diagnostics Incorporated and Quest Diagnostics Clinical Laboratories, Inc. (collectively, "Defendants") filed a Motion for Summary Judgment, or Alternatively, Partial Summary Judgment ("Defendants' Motion") in this matter (ECF No. 67);

**WHEREAS**, on February 24, 2025, the Court held a hearing on Defendants' Motion; and

**WHEREAS**, on September 24, 2025, the Court granted Defendants' Motion

FIRM:68557527v1

JUDGMENT

as to all alleged claims and ordered that judgment be entered in Defendants' favor (ECF No. 96);

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff shall take nothing by way of her complaint and judgment is hereby entered in favor of Defendants on all claims and allegations. Defendants shall recover their costs in an amount to be determined by the Court.

Dated: September 29, 2025

_____
Hon. Mónica Ramírez Almadani,
United States District Judge

FIRM:68557527v1